IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-232-BR

| | |
|---|---|
| Shirlynn Blow, et al., | ) |
|     Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| Murphy-Brown LLC, | ) ) |
|     Defendant. | ) ) ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Marilyn O. Hall and Victoria Hall, Co-Administratrix of the Estate of Ray Cornelius Hall, requesting that they be substituted as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that Marilyn O. Hall and Victoria Hall, Co-Administratrix of the Estate of Ray Cornelius Hall, is substituted as the Plaintiff for the decedent, and the caption should be modified to substitute for Ray Cornelius Hall the following: "Marilyn O. Hall and Victoria Hall, Co-Administratrix of the Estate of Ray Cornelius Hall."

So ordered, this the 15th day of October, 2018.

_____
Robert B. Jones, Jr.
United States Magistrate Judge